Case 4:23-cv-01732   Document 10   Filed on 06/18/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAVIER MARTINEZ, § § *Plaintiff*, § VS. § SELECT PORTFOLIO SERVICING, INC. § *et al.*, § § *Defendants*. § | CIVIL ACTION NO. 4:23-cv-01732 |

## FINAL JUDGMENT

Plaintiff Javier Martinez ("Plaintiff"), a *pro se* litigant, filed an Emergency Petition for Temporary Restraining Order with Preliminary Injunction and Asset Freeze and other Equitable Relief. ECF No. 1-4. Defendant Select Portfolio Servicing, Inc. ("SPS") filed a Motion for Summary Judgment on all of Plaintiff's claims. ECF No. 6. Plaintiff failed to respond by the submission date. The Court held a hearing on SPS's Motion for Summary Judgment on March 14, 2024. After considering the filings, the applicable law, and the arguments made at the hearing, the Court granted SPS's Motion for Summary Judgment and dismissed Defendant Hughes, Waters and Askanase, LLP from the lawsuit as improperly joined. ECF No. 9.

Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 18th day of June, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE